UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Guardian Angel Credit Union</u>

                v.                Case No. 08-cv-261-PB

<u> et al</u>

ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #35, Motion to Amend Class Action Complaint, filed by Attorney Cooper

DATE:         September 2, 2009

The document above fails to comply with:

LR 15.1(b)            An amended pleading shall reproduce the entire complaint as amended

The document will remain on file.  Unless a document curing the defect is filed by September 16, 2009 , the original document will be treated as withdrawn and will not be ruled upon by a judicial officer.  The motion with the complete proposed amended  complaint  curing the defect shall be refiled in ECF.

No action on the nonconforming motion will be taken until the defect is cured.

Any time periods with regard to this document will run from the date the defect is cured by the submission of a conforming pleading without further order of the court.

SO ORDERED.

September 3, 2009                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:     Counsel of Record