UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Guardian Angel Credit Union**

    **v.**                                           Case No. 08-cv-261-PB

**MetaBank, et al.**

**O R D E R**

The parties shall meet, confer, and attempt to resolve their differences concerning the motion to compel (doc. no. 66). Defendant shall provide a privilege log to opposing counsel identifying any responsive documents that are withheld based on a claim of privilege. If the parties are not able to resolve all disputed discovery issues, they shall, within fourteen days, file a jointly prepared document that separately identifies each disputed request, and, for each such request, specifies the parties' arguments with respect to the request. The clerk shall set a hearing on the motion after the joint filing is made. The parties are on notice that sanctions may be imposed on any party or counsel that takes an unreasonable position with respect to any disputed discovery issue.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 10, 2010

cc: Randall Cooper, Esq.
Christopher Meier, Esq.
Bruce Felmly, Esq.
Christine Cesare, Esq.
Rachel Barber Shwartz, Esq.
Cathryn Vaughn, Esq.