UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Guardian Angel Credit Union,
On its own behalf and on behalf
Of a class of persons similarly
Situated</u>

   v.                                    Case No. 08-cv-261-PB

<u>MetaBank and
Meta Financial Group</u>

## ORDER OF NOTICE

On the Plaintiff s Assented-To Motion to Approve Class Action Settlement (Doc. No. 173) ("Plaintiff's Motion"), it is hereby ORDERED as follows:

1. The form of the Class Notice attached to the Plaintiff's Motion as Exhibit 2, and the form of the Claim Form attached to Plaintiff's Motion as Exhibit 3, each shall be, and hereby is, APPROVED.  Class counsel shall send a Class Notice and Claim Form, in the form approved, to each class member at the addresses listed on the Class List, attached to Plaintiff's Motion as Exhibit 1, or as updated, within five (5) days of this Order of Notice.

2. Any objection to the Proposed Settlement, motions to intervene, or objections to Class Counsel's request for attorney's fees from the Settlement Fund shall be filed, with copy to counsel of record, within twenty (20) days of this Order.

3. Written responses or objections to objections or motions to intervene shall be filed, with copy to counsel of record, within thirty (30) days of this Order.

4. A hearing on the remainder of the relief requested by Plaintiff's Motion, including final approval of the proposed settlement on behalf of the class, and the application for attorney's fees, is scheduled for March 26, 2012 at 2:30 p.m. before this Court.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 6, 2012

cc: Counsel of Record