U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 APR 10 P 3:41

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

GUARDIAN ANGEL CREDIT UNION, )
on its own behalf and on behalf of a )
class of persons similarly situated, )
Plaintiff, ) Case No. 08-cv-261-PB
)
v. )
)
METABANK, and )
META FINANCIAL GROUP, INC., )
Defendants. )

## FINAL ORDER APPROVING SETTLEMENT

On the Plaintiff's Assented-To Motion to Approve Class Action Settlement (Document No. 173) ("Plaintiff's Motion"), and following hearing on the relief requested by such motion, the Court hereby **FINDS** and **ORDERS** as follows:

1. Notice was provided to all members of the class pursuant to and in compliance with the prior Order of this Court, on the form found to be appropriate by this Court, and in full satisfaction with the requirements of Rule 23 and all other requirements of due process and law;

2. All further requirements of statute, rule, and state and federal Constitutions necessary to effectuate the Proposed Settlement have been met and satisfied;

3. Having heard from all parties interested at hearing, including class members, final certification of the Class is granted, the Class consisting of Class Members listed on the Class List attached to Plaintiff's Motion as Exhibit 1, and excluding all opt-outs listed on the Opt-Out List attached as Exhibit 2;

4. Having heard from all parties interested at hearing, including class members, the

Final Order                                                                                          Page 2 of 3

Proposed Settlement and its allocation of payments is determined to be fair, reasonable, and adequate, and is therefore approved;

5. The terms of the Proposed Settlement are afforded final and complete effect;

6. Settlement administration shall be conducted by Class Counsel. MetaBank and Meta Financial Group, Inc. will have no involvement with, and no liability for, settlement administration, the distribution determinations, nor the amount of any Settlement Check, including but not limited to any erroneous, improper or inaccurate calculations in connection with the distribution of individual Settlement Checks.

7. All Class Members, and any person actually or purportedly acting on behalf of Class Members, are permanently barred and enjoined from commencing, instituting, continuing, pursuing, maintaining, prosecuting or enforcing any Released Rights, directly or indirectly, in any judicial, administrative, arbitral, or other forum, against any of the Released Persons;

8. Final judgment of dismissal on the merits and with prejudice is hereby entered on all claims in this matter; and

9. Class Counsel's request for attorney's fees from the Settlement Fund is determined to be fair and reasonable, and is accordingly approved pursuant to Fed. R. Civ. P. 23 (h) and 54(d)(2).

SO ORDERED.

Dated: April 10, 2012

_____
Barbadoro, D.J.